AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

Minnie P. Brantley,

    *Plaintiff,*

vs.

Jo Anne B. Barnhart,
Commissioner of Social Security,

    *Defendant.*

**JUDGMENT IN A CIVIL CASE**

Case Number: 3:06-44-HMH-JRM

**[X]   Decision on the Record.**  This action came before the court on the record, Honorable Henry M. Herlong, Jr., United States District Judge, presiding.  The issues have been reviewed and the Court having adopted Magistrate Judge Joseph R. McCrorey's Report and Recommendation,

**IT IS ORDERED AND ADJUDGED** that the decision of the Commissioner is REVERSED pursuant to sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3) and the case is REMANDED for the Commissioner to properly consider the opinion of the Plaintiff's treating physician (Dr. Lance), evaluate the Plaintiff's credibility, and determine the Plaintiff's RFC.

LARRY W.  PROPES, Clerk

*Brian D. Shropshire*

By_____
               Deputy Clerk